AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Phillips, Thomas W. | 2. Court or Organization  Eastern District of Tennessee | 3. Date of Report  08/15/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S District Judge Senior | 5a. Report Type (check appropriate type)  ☐ Nomination    Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☑ Amended Report | 6. Reporting Period  01/01/2017  to  12/31/2017 |

**7. Chambers or Office Address**

800 Market Street
Suite 145
Knoxville, TN 37902

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Trustees | Berea College, Berea Ky |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Thomas W. | 08/15/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Ameriprise SPS Advisor IRA | Oneida Middle School | $500.00 |
| 2. | Ameripris SPS Advisor IRA | ALQI | $2,000.00 |
| 3. | Ameriprise SPS Advisor IRA | First Presbyterian Church | $7,500.00 |
| 4. | Ameriprise SPS Advisor IRA | Berea College | $7,500.00 |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Thomas W. | 08/15/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Ameriprise SPS NQ Account | | | | | | | | | |
| 2. -Ameriprise Cash | | None | J | T | | | | | |
| 3. -Columbia Balanced Fund A (CBALX) | A | Int./Div. | | | Sold (part) | 12/01/17 | J | A | |
| 4. -Lord Abbett Floating Rate (LFRFX) | A | Int./Div. | J | T | Buy | 07/24/17 | J | | |
| 5. -Blackrock Strategic Income (BSIIX) | A | Int./Div. | J | T | Buy | 07/24/17 | J | | |
| 6. -Ishares S&P Mid Cap 400 (IJK) | A | Dividend | J | T | Buy | 07/24/17 | J | | |
| 7. -Vanguard Total Stock Market (VIT) | A | Dividend | J | T | | | | | |
| 8. -Ishares Russell 2000 (IWN) | A | Dividend | J | T | Buy | 07/24/17 | J | | |
| 9. -Ishares Russell Mid Cap (IWS) | A | Dividend | J | T | Buy | 07/24/17 | J | | |
| 10. -Ishares Gold Trust (IAU) | | None | J | T | Buy | 07/24/17 | J | | |
| 11. -Pimco Income (PONAX) | A | Int./Div. | J | T | Buy | 07/24/17 | J | | |
| 12. -Prudential Short Term Corp. Short Term Bond (PIFZX) | A | Int./Div. | J | T | Buy | 07/24/17 | J | | |
| 13. -Vanguard Growth (VUG) | A | Dividend | J | T | Buy | 07/24/17 | J | | |
| 14. Ameriprise ONE Account | | | | | | | | | |
| 15. -Cash-Amperiprise Insured Money Market Account (AIMMA) | A | Interest | J | T | | | | | |
| 16. Ameriprise Turst Co. IRA | | | | | | | | | |
| 17. -Cash-Dryfus Government Cash Management (MMF) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Thomas W. | 08/15/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. –BlackRock Strat. Income Opps Institutional Shares (BSIIX) | A | Int./Div. | | | Sold (part) | 02/16/17 | J | A | |
| 19. –Columbia Strategic Income CL Z (LSIZX) | A | Int./Div. | | | Sold | 02/16/17 | K | A | |
| 20. –Columbia US Govt Martgage CL Z (CUGZX) | A | Int./Div. | | | Sold | 02/16/17 | J | A | |
| 21. –MFS Total Return Bond CL I (MRBIX) | A | Int./Div. | | | Sold (part) | 02/16/17 | J | A | |
| 22. –Fidelity Advisor Short Term Bond Fund Class I (FBNIX) | A | Int./Div. | | | Sold | 02/16/17 | J | A | |
| 23. –Prudential Short Term Corp Bond CL Z (PIFZX) | A | Int./Div. | | | Sold (part) | 02/16/17 | J | A | |
| 24. –AT&T Inc (T) Common Stock | A | Dividend | | | Sold | 02/16/17 | J | A | |
| 25. –Apple (AAPL) Common Stock | A | Dividend | | | Sold (part) | 02/16/17 | J | A | |
| 26. –Ford (F) Common Stock | A | Dividend | | | Sold | 02/16/17 | J | A | |
| 27. –Ishares MSCI EAFE ETF (EFA) | A | Dividend | | | Sold | 02/16/17 | K | B | |
| 28. –Starbucks Corp (SBUX) Common Stock | A | Dividend | | | Sold | 02/16/17 | J | A | |
| 29. –Valero Energy Corp (VLO) Common Stock | A | Dividend | | | Sold | 02/16/17 | J | A | |
| 30. –Vanguard Mid-Cap ETF (VO) | A | Dividend | | | Sold (part) | 02/16/17 | J | A | |
| 31. –Vanguard Growth ETF (VUG) | A | Dividend | | | Sold (part) | 02/16/17 | J | A | |
| 32. –Vanguard Value ETF (VTV) | A | Dividend | | | Sold (part) | 02/16/17 | J | B | |
| 33. –Vanguard Small Corp ETF (VB) | A | Dividend | | | Sold (part) | 02/16/17 | J | A | |
| 34. –Lord Abbett Floating Rate Fund Class F (LFRFX) | A | Int./Div. | J | T | Buy | 02/16/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Thomas W. | 08/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Cisco (CSCO) Common Stock | A | Dividend | J | T | Buy | 02/16/17 | J | | |
| 36. -Ishares S&P Midcap 400 Growth (IJK) | A | Dividend | J | T | Buy | 02/16/17 | J | | |
| 37. -Ishares Russell 2000 Value ETF (IWN) | A | Dividend | J | T | Buy | 02/16/17 | J | | |
| 38. -Ishares Russell Mid Cap Value ETF (IWS) | A | Dividend | J | T | Buy | 02/16/17 | J | | |
| 39. -Ishares MSCI EAFE Value ETF (EFV) | A | Dividend | J | T | Buy | 02/16/17 | J | | |
| 40. -Ishares MSCI EAFE Growth ETF (EFG) | A | Dividend | J | T | Buy | 02/16/17 | J | | |
| 41. -Ishares TIPS Bond ETF (TIP) | A | Int./Div. | J | T | Buy | 02/16/17 | J | | |
| 42. -PIMCO Income Class A (PONAX) | A | Int./Div. | K | T | Buy | 02/16/17 | K | | |
| 43. -Vanguard FTSE All World EX US Small Cap ETF (VSS) | A | Dividend | J | T | Buy | 02/16/17 | J | | |
| 44. -Vanguard FTSE Emerging Markets ETF (VWO) | A | Dividend | J | T | Buy | 02/16/17 | J | | |
| 45. -Vanguard Small Gap Growth ETF (VBK) | A | Dividend | J | T | Buy | 02/16/17 | J | | |
| 46. -Citigroup, Inc. (C) Common Stock | A | Dividend | J | T | Buy | 03/31/17 | J | | |
| 47. -Citigroup, Inc. (C) Common Stock | A | Dividend | | | Sold | 09/12/17 | J | A | |
| 48. -General Electric (GE) Common Stock | A | Dividend | J | T | Buy | 03/31/17 | J | | |
| 49. -General Electric (GE) Common Stock | A | Dividend | | | Sold | 09/12/17 | J | A | |
| 50. -Nike (NKE) Common Stock | A | Dividend | J | T | Buy | 04/11/17 | J | | |
| 51. -Lord Abbett Floating Rate (LFRFX) | A | Int./Div. | | | Sold (part) | 09/12/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Thomas W. | 08/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Apple (AAPL) Common Stock | A | Dividend | | | Sold (part) | 09/12/17 | J | A | |
| 53. -Ishares Russell 2000 (IWN) | A | Dividend | | | Sold | 09/12/17 | J | A | |
| 54. -Ishares Russell Mid Cap (IWS) | A | Dividend | | | Sold (part) | 09/12/17 | J | A | |
| 55. -Ishares TIPS Bond ETF (TIP) | A | Int./Div. | | | Sold | 09/12/17 | J | A | |
| 56. -MFS Total Return Bond CL I (MRBIX) | A | Int./Div. | | | Sold (part) | 09/12/17 | J | A | |
| 57. -Nike (NKE) Common Stock | A | Dividend | | | Sold | 09/12/17 | J | A | |
| 58. -PIMCO Income Class A (PONAX) | A | Int./Div. | | | Sold (part) | 09/12/17 | J | A | |
| 59. -Prudential Short Term Corp Bond CL Z (PIFZX) | A | Int./Div. | | | Sold (part) | 09/12/17 | J | A | |
| 60. -Vanguard FTSE All World EX US Small Cap ETF (VSS) | A | Dividend | | | Sold (part) | 09/12/17 | J | A | |
| 61. -Vanguard Small Gap Growth ETF (VBK) | A | Dividend | | | Sold | 09/12/17 | J | A | |
| 62. -Vanguard Value ETF (VTV) | A | Dividend | | | Sold (part) | 09/12/17 | J | A | |
| 63. -Blackrock Strategic Income (BSIIX) | A | Int./Div. | J | T | Buy (add'l) | 09/15/17 | J | | |
| 64. -Cisco (CSCO) Common Stock | A | Dividend | J | T | Buy (add'l) | 09/18/17 | J | | |
| 65. -Ishares S&P Midcap 400 Growth (IJK) | A | Dividend | K | T | Buy (add'l) | 09/18/17 | K | | |
| 66. -Ishares MSCI EAFE Value ETF (EFV) | A | Dividend | J | T | Buy (add'l) | 09/18/17 | J | | |
| 67. -Ishares MSCI EAFE Growth ETF (EFG) | A | Dividend | J | T | Buy (add'l) | 09/18/17 | J | | |
| 68. -Vanguard FTSE Emerging Markets ETF (VWO) | A | Dividend | J | T | Buy (add'l) | 09/18/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Thomas W. | 08/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Vanguard Growth ETF (VUG) | A | Dividend | J | T | Buy (add'l) | 09/18/17 | J | | |
| 70. -Vanguard Small Corp ETF (VB) | A | Dividend | K | T | Buy (add'l) | 09/18/17 | K | | |
| 71. Ameriprise Brokerage Account | | | | | | | | | |
| 72. -Cash-Ameriprise Insured Money Market Account (AIMMA) (X) | A | Interest | J | T | | | | | |
| 73. -DC Industrial Liquidating Trust | A | Int./Div. | | | Sold | 12/27/17 | J | A | |
| 74. -Industrial Property REIT | A | Int./Div. | K | T | | | | | |
| 75. -Carey Watermark Investors REIT | A | Int./Div. | K | T | | | | | |
| 76. Riversource RAVA 5 Advantage Variable Annuity | | | | | | | | | |
| 77. -Columbia VP-Managed Volatility Growth Fund | A | Int./Div. | M | T | | | | | |
| 78. Ameriprise Trust Co. ROTH IRA | | | | | | | | | |
| 79. -Cash-Dreyfus Government Cash (MMF) | A | Interest | J | T | | | | | |
| 80. -Columbia Balanced CL Z (CBALX) | A | Int./Div. | | | Sold | 02/16/17 | J | A | |
| 81. -Columbia Strategic Income CL Z (LSIZX) | A | Int./Div. | | | Sold | 02/16/17 | J | A | |
| 82. -MFS Total Return Bond CL Z (MRBIX) | A | Int./Div. | | | Sold (part) | 02/16/17 | J | A | |
| 83. -Prudential Short Term Corp Bond CL Z (PIFZX) | A | Int./Div. | | | Sold | 02/16/17 | J | A | |
| 84. -Lord Abbett Floating Rate CL F (LFRFX) | A | Int./Div. | J | T | Buy | 02/16/17 | J | | |
| 85. -Ishares MSCI EAFE ETF (EFA) | A | Int./Div. | J | T | Buy (add'l) | 02/16/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Thomas W. | 08/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -PIMCO Income CL A (PONAX) | A | Int./Div. | J | T | Buy | 02/16/17 | J | | |
| 87. -Vanguard FTSE Emerging Markets ETF (VWO) | A | Int./Div. | J | T | Buy | 02/16/17 | J | | |
| 88. -Vanguard Mid-Cap ETF (VO) | A | Dividend | J | T | Buy (add'l) | 02/16/17 | J | | |
| 89. -Vanguard Small Corp ETF (VB) | A | Dividend | J | T | Buy | 02/16/17 | J | | |
| 90. Vanguard Total Stock Market (VTI) | A | Dividend | J | T | Buy (add'l) | 02/16/17 | J | | |
| 91. -Ishares MSCI EAFE ETF (EFA) | A | Int./Div. | | | Sold (part) | 09/12/17 | J | A | |
| 92. -Vanguard FTSE Emerging Markets ETF (VWO) | A | Int./Div. | | | Sold (part) | 09/12/17 | J | A | |
| 93. -Lord Abbett Floating Rate CL F (LFRFX) | A | Int./Div. | J | T | Buy (add'l) | 09/15/17 | J | | |
| 94. -MFS Total Return Bond CL Z (MRBIX) | A | Int./Div. | J | T | Buy (add'l) | 09/15/17 | J | | |
| 95. -PIMCO Income Class A (PONAX) | A | Int./Div. | J | T | Buy (add'l) | 09/15/17 | J | | |
| 96. -Prudiential Short Term Corp Bond CL Z (PIFZX) | A | Int./Div. | J | T | Buy (add'l) | 09/15/17 | J | | |
| 97. -Vanguard Mid-Cap ETF (VO) | A | Dividend | J | T | Buy (add'l) | 09/18/17 | J | | |
| 98. -Vanguard Small Corp ETF (VB) | A | Dividend | J | T | Buy (add'l) | 09/18/17 | J | | |
| 99. Ameriprise SPS IRA | | | | | | | | | |
| 100. -Cash-Dreyfus Government Cash (MMF) | A | Interest | J | T | | | | | |
| 101. -AT&T Inc (T) Common Stock | A | Dividend | | | Sold | 02/16/17 | J | A | |
| 102. -Apple (AAPL) Common Stock | A | Dividend | | | Sold (part) | 02/16/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Thomas W. | 08/15/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Blackrock Strategic Income (BSIIX) | A | Int./Div. | | | Sold (part) | 02/16/17 | J | A | |
| 104. -Columbia Strategic Income CL Z (LSIZX) | A | Int./Div. | | | Sold | 02/16/17 | J | A | |
| 105. -Columbia US Govt Martgage CL Z (CUGZX) | A | Int./Div. | | | Sold | 02/16/17 | J | A | |
| 106. -Fidelity Advisor Short Term Bond Fund Class I (FBNIX) | A | Int./Div. | | | Sold | 02/16/17 | J | A | |
| 107. -Ford (F) Common Stock | A | Dividend | | | Sold | 02/16/17 | J | A | |
| 108. -Ishares MSCI EAFE ETF (EFA) | A | Int./Div. | | | Sold | 02/16/17 | J | A | |
| 109. -MFS Total Return Bond CL Z (MRBIX) | A | Int./Div. | | | Sold (part) | 02/16/17 | J | A | |
| 110. -Prudential Short Term Corp Bond CL Z (PIFZX) | A | Int./Div. | | | Sold (part) | 02/16/17 | J | A | |
| 111. -Starbucks Corp (SBUX) Common Stock | A | Dividend | | | Sold | 02/16/17 | J | A | |
| 112. -Valero Energy Corp (VLO) Common Stock | A | Dividend | | | Sold | 02/16/17 | J | A | |
| 113. -Vanguard Mid-Cap ETF (VO) | A | Dividend | | | Sold (part) | 02/16/17 | J | A | |
| 114. -Vanguard Growth ETF (VUG) | A | Dividend | | | Sold (part) | 02/16/17 | J | A | |
| 115. -Vanguard Value ETF (VTV) | A | Dividend | | | Sold (part) | 02/16/17 | J | A | |
| 116. -Vanguard Small Corp ETF (VB) | A | Dividend | | | Sold (part) | 02/16/17 | J | A | |
| 117. Lord Abbett Floating Rate CL F (LFRFX) | A | Int./Div. | J | T | Buy | 02/16/17 | J | | |
| 118. -Cisco (CSCO) Common Stock | A | Dividend | J | T | Buy | 02/16/17 | J | | |
| 119. -Ishares S&P Midcap 400 Growth (IJK) | A | Dividend | J | T | Buy | 02/16/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Thomas W. | 08/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -Ishares Russell 2000 (IWN) | A | Dividend | J | T | Buy | 02/16/17 | J | | |
| 121.  -Ishares Russell Mid Cap (IWS) | A | Dividend | J | T | Buy | 02/16/17 | J | | |
| 122.  -Ishares MSCI EAFE Value ETF (EFV) | A | Dividend | J | T | Buy | 02/16/17 | J | | |
| 123.  -Ishares MSCI EAFE Growth ETF (EFG) | A | Dividend | J | T | Buy | 02/16/17 | J | | |
| 124.  -Ishares TIPS Bond ETF (TIP) | A | Dividend | J | T | Buy | 02/16/17 | J | | |
| 125.  -PIMCO Income Class A (PONAX) | A | Int./Div. | K | T | Buy | 02/16/17 | K | | |
| 126.  -Vanguard FTSE All World EX US Small Cap ETF (VSS) | A | Int./Div. | J | T | Buy | 02/16/17 | J | | |
| 127.  -Vanguard FTSE Emerging Markets ETF (VWO) | A | Int./Div. | J | T | Buy | 02/16/17 | J | | |
| 128.  -Vanguard Small Gap Growth ETF (VBK) | A | Dividend | J | T | Buy | 02/16/17 | J | | |
| 129.  -Citigroup, Inc. (C) Common Stock | A | Dividend | J | T | Buy | 03/31/17 | J | | |
| 130.  -General Electric (GE) Common Stock | A | Dividend | J | T | Buy | 03/31/17 | J | | |
| 131.  -Nike (NKE) Common Stock | A | Dividend | J | T | Buy | 04/11/17 | J | | |
| 132.  -Apple (AAPL) Common Stock | A | Dividend | | | Sold (part) | 09/12/17 | J | A | |
| 133.  -Citigroup, Inc. (C) Common Stock | A | Dividend | | | Sold (part) | 09/12/17 | J | A | |
| 134.  -General Electric (GE) Common Stock | A | Dividend | | | Sold | 09/12/17 | J | A | |
| 135.  -Ishares Russell 2000 (IWN) | A | Dividend | | | Sold | 09/12/17 | J | A | |
| 136.  -Ishares TIPS Bond ETF (TIP) | A | Dividend | | | Sold | 09/12/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Thomas W. | 08/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Nike (NKE) Common Stock | A | Dividend | | | Sold | 09/12/17 | J | A | |
| 138. -PIMCO Income Class A (PONAX) | A | Int./Div. | | | Sold (part) | 09/12/17 | J | A | |
| 139. -Vanguard FTSE All World EX US Small Cap ETF (VSS) | A | Int./Div. | | | Sold (part) | 09/12/17 | J | A | |
| 140. -Vanguard Small Gap Growth ETF (VBK) | A | Dividend | | | Sold | 09/12/17 | J | A | |
| 141. Lord Abbett Floating Rate CL F (LFRFX) | A | Int./Div. | J | T | Buy (add'l) | 09/15/17 | J | | |
| 142. -Blackrock Strategic Income (BSIIX) | A | Int./Div. | J | T | Buy (add'l) | 09/15/17 | J | | |
| 143. -MFS Total Return Bond CL Z (MRBIX) | A | Int./Div. | J | T | Buy (add'l) | 09/15/17 | J | | |
| 144. -Prudential Short Term Corp Bond CL Z (PIFZX) | A | Int./Div. | J | T | Buy (add'l) | 09/15/17 | J | | |
| 145. -Cisco (CSCO) Common Stock | A | Dividend | J | T | Buy (add'l) | 09/18/17 | J | | |
| 146. -Ishares S&P Midcap 4300 Growth (IJK) | A | Dividend | J | T | Buy (add'l) | 09/18/17 | J | | |
| 147. -Ishares Russell Mid Cap (IWS) | A | Dividend | J | T | Buy (add'l) | 09/18/17 | J | | |
| 148. -Ishares MSCI EAFE Value ETF (EFV) | A | Dividend | J | T | Buy (add'l) | 09/18/17 | J | | |
| 149. -Ishares MSCI EAFE Growth ETF (EFG) | A | Dividend | J | T | Buy (add'l) | 09/18/17 | J | | |
| 150. -Vanguard FTSE Emerging Markets ETF (VWO) | A | Dividend | J | T | Buy (add'l) | 09/18/17 | J | | |
| 151. -Vanguard Growth ETF (VUG) | A | Dividend | J | T | Buy (add'l) | 09/18/17 | J | | |
| 152. -Vanguard Value ETF (VTV) | A | Dividend | J | T | Buy (add'l) | 09/18/17 | J | | |
| 153. -Vanguard Small Corp ETF (VB) | A | Dividend | J | T | Buy | 09/18/17 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Thomas W. | 08/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  -Blackrock Strategic Income (BSIIX) | A | Int./Div. | | | Sold (part) | 11/03/17 | J | | |
| 155. | | | | | | | | | |
| 156. | | | | | | | | | |
| 157. | | | | | | | | | |
| 158. | | | | | | | | | |
| 159. | | | | | | | | | |
| 160. | | | | | | | | | |
| 161. | | | | | | | | | |
| 162. | | | | | | | | | |
| 163. | | | | | | | | | |
| 164. | | | | | | | | | |
| 165. | | | | | | | | | |
| 166. | | | | | | | | | |
| 167. | | | | | | | | | |
| 168. | | | | | | | | | |
| 169. | | | | | | | | | |
| 170. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Thomas W. | 08/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | | | | | |
| 172. | | | | | | | | | |
| 173. | | | | | | | | | |
| 174. | | | | | | | | | |
| 175. | | | | | | | | | |
| 176. | | | | | | | | | |
| 177. | | | | | | | | | |
| 178. | | | | | | | | | |
| 179. | | | | | | | | | |
| 180. | | | | | | | | | |
| 181. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Thomas W. | 08/15/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

CBLAX was on the report from last year. That security had a ticker change and is ont his report as CBALX.

In the 2016 report all lines that stated Fidelity Advisor Short Fixed Income Class A (FSFAX) were supposed to be Fidelity Advisor Short-Term Fund Class I (FBNIX), Line 14 and 113 in the 2016 report. In the 2017 report these were listed correctly.

In the 2016 report it shows in line 109 a sell of all shares of Bank of America (BAC), this is why BAC is not reported in 2017.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas W. Phillips**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544